# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

JERMAINE JACOB WASHINGTON, )
)
Plaintiff, )
)
v. ) Case No. CV409-181
)
AL ST. LAWRENCE )
McARTHUR HOLMES )
RONALD ROGERS, )
)
Defendants. )

## REPORT AND RECOMMENDATION

In that inmate-plaintiff Jermaine Jacob Washington has filed a lawsuit identical to this one, *Washington v. St. Lawrence*, CV410-004 doc. 1 (S.D. Ga. Jan. 6, 2010); *see also id.* doc. 4 (Order conditionally granting him *in forma pauperis* status), the Court should **DISMISS** this case **WITHOUT PREJUDICE**.

**SO REPORTED AND RECOMMENDED** this 25th day of January, 2010.

[signature]

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT of GEORGIA**