IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERMAINE JACOB WASHINGTON, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV409-181
 )
AL ST. LAWRENCE, MCARTHER )
HOLMES, and RONALD ROGERS, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 24th day of February, 2010.

        WILLIAM T. MOORE, JR., CHIEF JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA